**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6243**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES A. LEFTWICH,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (CR-99-76-F, CA-00-863-5-F)

---

Submitted: April 3, 2001          Decided: April 23, 2001

---

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Charles A. Leftwich, Appellant Pro Se. Stuart G. Baker, Office of the Staff Judge Advocate, UNITED STATES ARMY, Fort Bragg, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles A. Leftwich seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Leftwich, Nos. CR-99-76-F; CA-00-863-5-F (E.D.N.C. Jan. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2